**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PHILIP EDWARD BROWN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DOMINGO URIBE, JR., WARDEN,<br><br>　　　　　Respondent. | ) NO. CV 10-4393-DSF (MAN)<br>)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>) |

　　Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: 7/16/12 .

　　　　　　　　　　　　　　　　　*Dale S. Fischer*
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DALE S. FISCHER
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE